ARNOLD & PORTER KAYE SCHOLER LLP
Trenton H. Norris (No. 164781)
trent.norris@apks.com
George Langendorf (No. 255563)
george.langendorf@apks.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTY SPEARMAN, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>IPLAY., INC.,<br><br>　　　　　　Defendant. | Case No.: 2:17-cv-01563-TLN-KJN<br><br>**ORDER GRANTING DEFENDANT I PLAY. INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Troy L. Nunley |

1 | The Court having reviewed Defendant I Play., Inc.'s Unopposed Motion To Extend Time To
2 | Respond To Complaint, and finding that good cause exists for the granting thereof, it is hereby
3 | ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint
4 | is extended by thirteen (13) days, until October 2, 2017.

**IT IS SO ORDERED.**

DATED: September 14, 2017

_____
Troy L. Nunley
United States District Judge