**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com

**THE FRASER LAW FIRM, P.C.**
Michael T. Fraser (State Bar No. 275185)
4120 Douglas Blvd., #306-262
Granite Bay, CA 95746
Telephone:  (888)557-5115
Facsimile:  (866)212-8434
E-Mail:  mfraser@thefraserlawfirm.net

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTY SPEARMAN, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br>   v.<br><br>IPLAY., INC.,<br><br>               Defendant. | Case No. 2:17-cv-01563-TLN-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(i)]** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Dusty Spearman voluntarily dismisses her individual claims against Defendant iPlay, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 2, 2018                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:       */s/ Joel D. Smith*
              Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
                jsmith@bursor.com

**THE FRASER LAW FIRM, P.C.**
Michael T. Fraser (State Bar No. 275185)
4120 Douglas Blvd., #306-262
Granite Bay, CA 95746
Telephone:  (888)557-5115
Facsimile:  (866)212-8434
E-Mail:  mfraser@thefraserlawfirm.net

*Counsel for Plaintiff*